UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JUN 14 2010

CASE NO: 5:10-M-1207

UNITED STATES OF AMERICA

V.

PATEL, MADHURI

DISMISSAL
ORDER

The GOVERNMENT moves for dismissal with prejudice of the captioned case for the following reason: Superseding Criminal Information.

JEREMY D. COHEN
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This 14th day of June, 2010.

United States Magistrate Judge